**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF SAN DIEGO, a Municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.  07 CV 01057 IEG (BLM) <br><br> **ORDER GRANTING MOTIONS FOR LEAVE TO AMEND COMPLAINT, JOIN PARTIES AND REMAND** |

On May 12, 2008, City of San Diego ("plaintiff"), filed an amended motion for leave to file an amended complaint, a motion to join additional parties, and a motion to remand. (Doc. No. 30.)  On May 28, 2008, BNSF Railway Company ("defendant") filed a Statement of Non-opposition to plaintiff's motion. (Doc. No. 31.)

Good cause appearing, the following motions filed by plaintiff are granted:

1.  Plaintiff's motion to file a first amended complaint is hereby granted. Exhibit A, (Doc. No. 30-3), plaintiff's First Amended Complaint shall be deemed the operative complaint, and shall be deemed served on defendant BNSF Railway Company as of the date of this order;

2.  Plaintiff's motion to join Shell Oil Company, a Delaware corporation; Chevron Oil (successor in interest to Texaco), a Delaware corporation with its principal place of business in San Ramon, California;

      ExxonMobil Oil Corporation, a New York Corporation; Kinder Morgan Energy Partners, L.P., a Delaware corporation; SFPP, L.P., a Delaware corporation as defendants is hereby granted;

  3.  With the addition of Chevron Oil (successor in interest to Texaco), a Delaware corporation with its principal place of business in San Ramon, California, the District Court will lose subject matter jurisdiction based on complete diversity.  Therefore, plaintiff's motion to remand the matter to the Superior Court for the County of San Diego from which the case was removed is hereby granted.

**IT IS SO ORDERED.**

Dated:  June __20___, 2008

                *Irma E. Gonzalez*
                IRMA E. GONZALEZ, Chief Judge
                United States District Court